1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    HSBC BANK USA, NATIONAL
     ASSOCIATION,                              Case No.  15-cv-01222-KAW

8                    Plaintiff,

9         v.                                   **SUA SPONTE REFERRAL FOR
                                               PURPOSE OF DETERMINING
10   THOMAS FORBES,                            RELATIONSHIP**

11                   Defendant.

12

13        Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned

14   case to Judge Richard Seeborg to consider whether it is related to *HSBC Bank USA, National*

15   *Association v. Forbes, et al*, C-15-0026-RS.  The above-captioned case marks the second time a

16   defendant has attempted to improperly remove the state action to this court, notwithstanding Judge

17   Seeborg's March 4, 2015 remand order.

18

19        **IT IS SO ORDERED.**

20   Dated: 03/26/15

21

22

23                                             KANDIS A. WESTMORE
                                               United States Magistrate Judge

24

25

26

27

28

*United States District Court*
*Northern District of California*